# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| **UNITED STATES,**<br>Plaintiff<br><br>vs<br><br>**TAVARIE WILLIAMS,**<br>Defendant | Case No. 3:17-00238<br><br>Hon. Richardson |

## MOTION TO WITHDRAW

Co-counsel, Jerry Gonzalez, moves to withdraw as co-counsel in this case. The undersigned counsel was appointed to represent the defendant along with primary counsel Jennifer Thompson after Defendant filed a pro se motion "to withdrawal of counsel" (D.E. 102). At a status conference, the Court denied the *pro se* motion but indicated it would appoint second counsel from the CJA panel "in lieu of replac[ing]" Ms. Thompson (D.E. 103 Order, D.E. 104 minute entry).

The undersigned fully participated in the trial and sentencing is set for June 8, 2020 (D.E. 231). Ms. Thompson, of course, is fully capable of preparing for the sentencing hearing without the assistance of co-counsel. At the end of trial in February, 2020, the undersigned explained to Defendant that he intended to move to withdraw because he was no longer needed now that the trial was completed. Pursuant to Local Criminal Rule 57.01(d)(2), the undersigned certifies that he gave reasonable notice to the defendant back in February, 2020 of his intention to withdraw and Defendant indicated that he understood and did not object. A copy of this motion will be mailed to Defendant.

1

Accordingly, the undersigned co-counsel, Jerry Gonzalez, moves to withdraw from this case. Jennifer Thompson will continue as counsel for Defendant.

Respectfully submitted,

/s/ Jerry Gonzalez
Jerry Gonzalez (18379)
Attorney for Defendant
8000 Hwy 99, #456
Rockvale TN 37153
615-360-6060
jgonzalez@jglaw.net

## CERTIFICATE OF SERVICE

I certify that I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of Electronic Filing to the following:

Brooke K. Schiferle
brooke.schiferle@usdoj.gov
Juliet Aldridge
Juliet.Aldridge2@usdoj.gov
U.S. Attorney's Office
Middle District of Tennessee
110 Ninth Avenue, S
Suite A961
Nashville, TN 37203-3870
615-736-5151

This 14th day of April, 2020.

/s/ Jerry Gonzalez
